STATE OF MAINE
KENNEBEC, SS.

SUPERIOR COURT
LOCATION: AUGUSTA
DOCKET NO. RE-12-63

PETER M. BECKERMAN )
)
)
Plaintiff, )
)
)
v. )         **ORDER**
)
RICKY CONANT and MONICA )
CONANT, )
)
Defendants. )

Before the court is Defendants' Motion to Alter or Amend Judgment and/or for Reconsideration Under Rule 59(e). On March 10, 2023, the court issued an order granting Plaintiff's motion for contempt pursuant to M.R. Civ. P. 66(d) and imposed a remedial sanction in the form of "reasonable attorney fees and costs incurred by Plaintiff arising out of or in connection with the motion for contempt . . . ." In the pending motion, Defendants essentially seek clarification as whether the attorney fee award is an integral part of the court's order, arguing that the attorney fee claim was not integral. *See* M.R. Civ. P. 54(b)(2) ("In an action in which there is a claim for attorney fees, a judgment entered on all other claims shall be final as to those claims unless the court expressly finds that the claim for attorney fees is integral to the relief sought.").

The court clarifies that the attorney fee award is integral to the court's order and the sanction to be imposed for Defendants' contempt. *MacDonald v. MacDonald*, 2012 Me. Unpub. LEXIS 108. As the attorney fee amount remains unresolved, final judgment has yet to issue. *Id.* Thus, Defendants' motion—to the extent it seeks to amend judgment pursuant to M.R. Civ. P. 59(e)—is

denied, as the "rules do not allow a motion to alter or amend pursuant to M.R. Civ. P. 59(e) . . . in the absence of a final judgment." *Mortg. Elec. Registration Sys. v. Saunders*, 2010 ME 79, ¶ 21, 2 A.3d 289. To the extent Defendants seek leave to file an objection to the Affidavit of Plaintiff's Attorney Regarding Fees and Expenses Incurred in Litigating this Case, that request is granted.

**The entry is**: Defendants' motion is GRANTED in part and DENIED in part. Defendants' objection to the Affidavit of Plaintiff's Attorney Regarding Fees and Expenses shall be filed within 14 days from the date of this Order. Plaintiff's reply, if any, shall be due no later than 7 days after Plaintiff is served with Defendants' objection.

The Clerk is directed to incorporate this Order into the docket of this case by reference in accordance with M.R. Civ. P. 79(a).

Date: May 25, 2023

Deborah P. Cashman
Justice, Maine Superior Court

2